Tom J. Dupree, *Plaintiff in Error, v.* The State of Florida, *Defendant in Error.*

Division B.

Decision Filed June 24, 1924.

A Writ of Error to the Circuit Court for Lee County, George W. Whitehurst, Judge.

*R. P. Jones,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *J. B. Gaines,* Assistant, for the State.

Per Curiam.—The judgment herein is reversed on the authority of Gordon v. State. 86 Fla. 255, 97 South. Rep. 428; Norwood v. State, 80 Fla. 613, 86 South. Rep. 506. See also State *ex rel* Lockmiller v. Mayo,and Benson v. State decided at this term.

Reversed.

All concur.